**ELLSWORTH ASSOCIATES, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Anteon Corporation, Defendant– Appellee.**

**No. 00–5028.**

United States Court of Appeals, Federal Circuit.

March 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).